**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Labate Pasquale, ) | No. CV-07-2178-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| U.S. Social Security Administration, ) | |
| Defendant. ) | |

On May 12, 2008, the Court issued an order requiring Plaintiff to show good cause for his failure to serve process on Defendant. Dkt. #6. Plaintiff has filed a response to that order and a motion for pretrial conference. Dkt. #7. The Court will deny the motion and give Plaintiff until June 30, 2008 to serve Defendant.

Plaintiff attempted to serve the complaint and exhibits on Defendant on November 13, 2007, but the certificate of service indicates that the documents were unable to be served because Defendant had moved. Dkt. #3. Plaintiff asserts in his motion that Defendant was properly served at its new location, Dkt. #7 ¶ 2, but Plaintiff has submitted no evidence showing that Defendant has in fact been served with process.

Plaintiff commenced this action more than six months ago on November 8, 2007. Dkt. #1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until March 10, 2008 to complete service of process. Plaintiff has not shown that he met this deadline. Because Plaintiff is proceeding pro se and has attempted to prosecute this action,

1  the Court will grant Plaintiff until June 30, 2008 to properly serve Defendant pursuant to
2  Rule 4. *See* Fed. R. Civ. P. 4(i) (describing proper service of process on the United States
3  and its agencies). The Court will not grant a further extension absent a showing of good
4  cause.
5       Plaintiff is advised that he must become familiar with, and follow, the Federal Rules
6  of Civil Procedure and the Rules of the United States District Court for the District of
7  Arizona ("Local Rules"), which may be obtained in the Clerk of Court's office. If Plaintiff
8  fails to prosecute this action or comply with the rules or any Court order, the Court may
9  dismiss the action with prejudice pursuant to Rule 41(b). *See Ferdik v. Bonzelet*, 963 F.2d
10 1258, 1260 (9th Cir.1992) (district court did not abuse its discretion in dismissing a pro se
11 plaintiff's complaint for failing to comply with a court order); *Ghazali v. Moran*, 46 F.3d 52,
12 54 (9th Cir. 1995) (district court did not err in dismissing a pro se plaintiff's complaint for
13 failing to comply with a local rule).
14 **IT IS ORDERED:**
15 1.   Plaintiff's motion for pretrial conference (Dkt. #7) is **denied**.
16 2.   Plaintiff has until **June 30, 2008** to serve process on Defendant.
17 DATED this 29th day of May, 2008.

*/s/ David G. Campbell*
_____
David G. Campbell
United States District Judge

- 2 -